**91–1958.** Larkins v. G.D. Searle & Co. *Franklin County*, No. 91AP–63. Cause dismissed, on joint application to dismiss, effective December 30, 1991.

**91–2395.** McNeish v. Cleveland Clinic Foundation. *Cuyahoga County*, No. 61292. Cause dismissed, on appellant's application for dismissal, effective December 30, 1991.